George N. Russo III, Esq.

The Russo Firm

NJ Attorney ID No. 116102014

48 Wilson Avenue

Newark, N.J. 07105

(973) 344-9120

gnrusso@cmrlaw.net

Attorney for Petitioner

CLOSED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**CRISTIAN ANGEL CASTRO-CARPIO,**

Petitioner,

v.

LUIS SOTO, Warden, Delaney Hall Detention Facility; FIELD OFFICE DIRECTOR, Newark Field Office, U.S. Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs

Civil Action No. 2:26-cv-13664-BRM

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Attorney General of the United States,

Respondents

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Cristian Angel Castro-Carpio hereby voluntarily dismisses the above-captioned Petition for a Writ of Habeas Corpus without prejudice. Respondents have not served an answer or a motion for summary judgment. Petitioner was released from Immigration and Customs Enforcement custody on October 22, 2026. Counsel for Respondents has been advised of and consents to this dismissal.

THE RUSSO FIRM
Attorney for Petitioner
By: /s/ George N. Russo III
George N. Russo III, Esq.
48 Wilson Avenue
Newark, NJ 07105
(973) 344-9120
gnrusso@cmrlaw.net
Dated: October 26, 2026

SO ORDERED.

Brian R. Martinotti
BRIAN R. MARTINOTTI, USDJ
DATED: OCT. 26, 2026